FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Jason Alan Griggs, et al.             Plaintiff

v.                                    CIVIL ACTION
                                      NO. 3:21-cv-00416-CWR-LGI

Chris Graham                          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Alison M. Gill

      Firm Name:       American Atheists, Inc.

      Office Address:  1100 15th St. NW, Fourth Floor

      City:            Washington         State D.C.      Zip 20005

      Telephone:       908-276-7300, ext. 309   Fax: (908) 344-3927

      E-Mail:          agill@atheists.org

(B)   Client(s):       American Atheists    **SEE ATTACHED DOCUMENT
                                            FOR ADDITIONAL CLIENTS**

      Address:         225 Cristiani St

      City:            Cranford            State NJ        Zip 07016

      Telephone:       908-276-7300        Fax: (908) 344-3927

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes, I am Vice President, Law & Policy, for American Atheists and also serve as general counsel. The other matters in which I have represented American Atheists are not related to this matter.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have extensive experience in First Amendment law.

(C)     I am admitted to practice in the:

☐ _____        State of _____

☑ _____        District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Court's Public Office
Historic Courthouse
430 E St NW
Washington, DC 20001
(202) 879-1010
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Court for the District of Columbia | Admitted Feb. 2021 |
| U.S. Patent & Trademark Office | Registered Nov. 2004 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                Style of Case

_____

|  | Yes | No |
|---|---|---|
| (I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Dianne Ellis (102893)

Firm Name:    Ellis Law Firm, PLLC

Office Address:   1145 Robinson St.

City: Ocean Springs              State: MS          Zip: 39564-3841

Telephone: 228-215-0037          Fax:   228-284-1889

Email address:  dianne@ellislawfirmms.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/21/2021
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the _____ day of _____, 20__.

_____
Resident Attorney

6



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Alison M Gill*

was duly qualified and admitted on August 14, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 21,
2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## ADDITIONAL CLIENT INFORMATION

Jason Alan Griggs
130 Langford Cove
Brandon, MS 39047
(940) 597-1540

Derenda Hancock
141 Brandy Run Rd.
Brandon, MS 39047-6667
(205) 542-2897

Leslie Kim Gibson
833 N. Jefferson St.
Jackson, MS 39202
(601) 398-4358

Mississippi Humanist Association
P.O. Box 1343
Jackson, MS 39215
(833) 674-8626