Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Jason Alan Griggs, et al.      Plaintiff

v.                              CIVIL ACTION NO.   3:21-cv-416-CWR-LGI

Chris Graham                    Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Geoffrey T. Blackwell

Firm Name: American Atheists, Inc.

Office Address: 1100 15th St. NW, Fourth Floor

City: Washington  State: D.C.  Zip: 20005

Telephone: 908-276-7300, ext. 309  Fax: (908) 344-3927

E-Mail: gblackwell@atheists.org

(B) Client(s): American Atheists  **SEE ATTACHED DOCUMENT FOR ADDITIONAL CLIENTS**

Address: 225 Cristiani St

City: Cranford  State: NJ  Zip: 07016

Telephone: 908-276-7300  Fax: (908) 344-3927

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes, I am Litigation Counsel for American Atheists and have represented the organization and its members in prior litigation. The other matters in which I have represented American Atheists are not related to this matter.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have five years of experience litigating First Amendment claims.

(C)    I am admitted to practice in the:

☑    State of NJ, PA

☐    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

R.J. Hughes Justice Complex
Supreme Court Clerk's Office
25 W. Market St.
Trenton, NJ 08611
609-815-2955
https://www.njcourts.gov/courts/supreme.html

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Supreme Court | 2019-present |
| Second Circuit | 2020-present |
| Third Circuit | 2018-present |
| Fifth Circuit | 2020-present |
| District of New Jersey | 2015-present |
| Eastern District of Pennsylvania | 2016-present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

3

FORM 6 (ND/SD MISS. DEC. 2016)

　　　　　If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

　　　　　If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)　　Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

Form 6 (ND/SD Miss. Dec. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
|  |  |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ●   No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ●   No ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Dianne Ellis (102893)

Firm Name:    Ellis Law Firm, PLLC

Office Address:   1145 Robinson St.

City: Ocean Springs    State: MS    Zip: 39564-3841

Telephone: 228-215-0037    Fax: 228-284-1889

Email address: dianne@ellislawfirmms.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_7/7/2021_
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __16th__ day of __July__, 2021.

_____
Resident Attorney

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **Geoffrey T Blackwell** (No. **120332014**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 2014** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1st** day of **July**, **2021**.

*Heather J Baker*
Clerk of the Supreme Court

-453a-

**ADDITIONAL CLIENT INFORMATION**

Jason Alan Griggs
130 Langford Cove
Brandon, MS 39047
(940) 597-1540

Derenda Hancock
141 Brandy Run Rd.
Brandon, MS 39047-6667
(205) 542-2897

Leslie Kim Gibson
833 N. Jefferson St.
Jackson, MS 39202
(601) 398-4358

Mississippi Humanist Association
P.O. Box 1343
Jackson, MS 39215
(833) 674-8626