# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JASON ALAN GRIGGS,**
**DERENDA HANCOCK,**
**L. KIM GIBSON,**
**MISSISSIPPI HUMANIST ASSOCIATION,**
**and AMERICAN ATHEISTS, INC.**                                                        **PLAINTIFFS**

**VS.**                                                        **CASE NO. 3:21-cv-00416-CWR-LGI**

**CHRIS GRAHAM, JONATHON TATE REEVES,**
**LYNN FITCH, DAVID MCRAE, SHARON NASH BARNETT,**
**EDDIE J. FAIR, KAY PACE AND CAROLINE GILBERT,**
*each in his or her official capacity*                                            **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that William Trey Jones, III of Brunini, Grantham, Grower, & Hewes, PLLC, Post Office Drawer 119, Jackson, Mississippi 39205, this date enters his appearance as counsel for Defendant Caroline Gilbert, in her official capacity as Tax Collector of Rankin County, Mississippi, and therefore requests that all filings in this matter be served upon him.

Dated:  January 7, 2022.

> **CAROLINE GILBERT, IN HER OFFICIAL**
> **CAPACITY AS TAX COLLECTOR OF**
> **RANKIN COUNTY, MISSISSIPPI**
>
> By: */s/ William Trey Jones, III*
>     One of Its Attorneys

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
William Trey Jones, III, MSB No. 99185
Matthew W. Allen, MSB No. 101605
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902
tjones@brunini.com
mwallen@brunini.com

## CERTIFICATE OF SERVICE

I, William Trey Jones, III hereby certify that I have this day caused the above and foregoing pleading to be filed electronically through the Court's ECF system, and that it was served electronically on all parties registered to receive service in this case electronically.

Dated:   January 7, 2022.

By:   */s/ William Trey Jones, III*
William Trey Jones, III