AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| JASON ALAN GRIGGS, DERENDA HANCOCK, L. KIM GIBSON, MISSISSIPPI HUMANIST ASSOCIATION, and AMERICAN ATHEISTS, INC. <br><br> *Plaintiff(s)* <br> v. <br> CHRIS GRAHAM, JONATHON TATE REEVES, LYNN FITCH, DAVID MCRAE, SHARON NASH BARNETT, EDDIE J. FAIR, KAY PACE, and CAROLINE GILBERT <br><br> *Defendant(s)* | Civil Action No. 3:21-cv-416-CWR-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sharon Nash Barnett
1801 23rd Ave.
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Geoffrey T. Blackwell
1201 S. Courthouse Rd, #425
Arlington, VA 22204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON, CLERK
CLERK OF COURT

Date: 12/2/2021

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **JASON ALAN GRIGGS, ET AL**<br>Plaintiff/Petitioner<br>vs.<br>**CHRIS GRAHAM, ET AL**<br>Defendant/Respondent | Case No.: **3:21-CV-00416-CWR-LGI**<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS; AMENDED COMPLAINT |

Received by **Anthony Bounds**, on the **3rd day of December, 2021 at 2:49 PM** to be served upon **Sharon Nash Barnett** at **1801 23rd Avenue, Gulfport, Harrison County, MS 39501**.
On the **15th day of December, 2021 at 5:03 PM**, I, Anthony Bounds, SERVED Sharon Nash Barnett at **1801 23rd Avenue, Gulfport, Harrison County, MS 39501** in the manner indicated below:

After exercising reasonable diligence, I was unable to deliver copies to said person within Forrest County, MS, I served the documents listed above on the **15th day of December, 2021 at 5:03 PM**, at the usual place of abode of said person by leaving a true copy of the documents listed above with **Ricky Lusardi DC**, who is a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the **20th** day of **December**, 20**21**, copies of the documents listed above were mailed (by first class postage prepaid) to the person served at his/her place of abode where copies were left.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Ricky Lusardi DC who indicated they were the deputy tax collector. with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs. At the address I observed a call/mail box listing subject. I spoke with an on-site worker who says subject is the current elected Tax Collector as named in the document. Served Deputy Tax Collector who was authorized to accept service on behalf of Sharon Barnett, Tax Collector.**

Service Fee Total: $45.00

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Anthony Bounds_   Server ID # _____   Date: 12/20/21

Notary Public: Subscribed and sworn before me on this **20th** day of **December** in the year of 20__
Personally known to me _____ or __X__ identified by the following document:

Number/Reference: 800965512
Type: MSDL
Notary Public for State of: MS
Commission Expiration: July 8, 2023

Notary Public (Legal Signature)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 138069 PEGGY D. FORE Commission Expires July 8, 2023 PEARL RIVER COUNTY]

REF: REF-9247165

Page 1 of 1
Tracking #: 0080649221