# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JASON ALAN GRIGGS, et al.**,

       *Plaintiffs*,

v.

**CHRIS GRAHAM, et al.,**

       *Defendants*.

CAUSE NO. 3:21-CV-416-CWR-LGI

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 37, this case is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED AND ADJUDGED**, this the 2nd day of March, 2023.

                                        s/ Carlton W. Reeves  
                                        UNITED STATES DISTRICT JUDGE